**Geno Lewis HAWKINS, Petitioner,**

v.

**STATE of Florida, Respondent.**

**No. 1D15–0701.**

District Court of Appeal of Florida,
First District.

Feb. 24, 2015.

Geno Lewis Hawkins, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tal-
lahassee, for Respondent.

(Fla. 2006).

PER CURIAM.

DISMISSED. *See Baker v. State,* 878 So.2d 1236 (Fla.2004).

LEWIS, C.J., BENTON and THOMAS, JJ., concur.